

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,505-01

### IN RE ANTHONY LEROY PIERCE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 267685 IN THE 208TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. He contends, among other things, that he filed four motions[1] relating to his conviction in the 208th District Court of Harris County, and that the District Clerk has not filed the motions.

In these circumstances, additional facts are needed. The Respondent, the District Clerk of Harris County, is ordered to file a response, addressing whether they received any of these motions

---

[1] "Petitioner's original Motion to Place Him on Community Supervision; Nunc Pro Tunc; Motion to Correct the Misapplication of the Legislatured law Petitioner's Case Falls Under; and Motion to Preserve Any An All Forensic Evidence in Petitioner's Cause Number . . ."

from Relator and, if so, stating whether they were filed. If the motions were received and filed, the District Clerk's response shall include proof establishing the date of filing. If the motions were received but not filed, the District Clerk shall detail its rationale for not filing the motion.

This motion for leave to file a writ of mandamus shall be held in abeyance until the Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 29, 2015
Do not publish